UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
Case No. 9:22-CV-80852-AMC

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,
Plaintiff,

v.

STR8 REAL ESTATE COMPANY and ANTHONY L. PIZZARELLI,
Defendants.



### NOTICE OF APPEAL

Notice is hereby given that Defendants STR8 REAL ESTATE COMPANY and ANTHONY L. PIZZARELLI hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in this case on March 28, 2023.

The defendants are appealing on the following grounds:

- Pro Se Defendants seek the opportunity to retry the case via in-person jury trial.

- Pro Se Defendants actions were never willful.

- Pro Se Defendants actions may be fair use.

- Pro Se Defendants disputes photo valued at $1,500.

- Pro Se Defendants, thinking the case was closed, never received direction from the court to respond to the February 3, 2023 Motion by Plaintiff.

- Pro Se Defendants believe Plaintiff, Copy Cat Legal & other Florida Law firms associated with A.A.P.I. are Copyright Trolling.

- Pro Se Defendants seek a special investigation into challenged image, case #'s 2023-cc-003795, 50-2019-MM-006983-AXXX-MB as they relate to nefarious conduct by the Mayor, commissioners & select staff of West Palm Beach Florida.

- Pro Se Defendants advises the court their intent to sue City of West Palm Beach, Florida Real Estate Commission, Department of Professional Business Regulation, Palm Beach County State Attorney Office, Gannett News plus other state licensed & unlicensed civilians by August 2024.

- Pro Se Defendants respectfully request a stay of this case for up to 180 days to allow for sufficient time to better defend their position, while also retaining the services of legal counsel.

Therefore, the Defendants respectfully request that this Court stay all proceedings in this case pending the outcome of this appeal please.

Respectfully Yours,
a.
anthony.pizzarelli@live.com
FL R.E. Broker BK684013

Str8 R.E. co.
117 N. 5th St. #7
Ft. Pierce FL. 34950

561-670-3844

Legal Aid: #ChatGPT V. 4

## CERTIFICATE OF SERVICE

| COPYCAT LEGAL PLLC | ADVISORY LAW PLLC |
|---|---|
| ℅ Daniel DeSouza | ℅ James D' Loughy |
| 3111 N. University Dr #301 | 2925 PGA Blvd #204 |
| Coral Springs, FL. 33065 | Palm Beach Gardens FL, 33410 |
| dan@copycatlegal.com | jdloughy@advisorlaw.com |
| 877-437-6228 | 561-622-7788 |

Affordable Aerial Photography Inc.
℅ Robert Stephansin
4301 S. Flamingo Rd. Suite 106-162
Davie, FL 33330
skyphotoshots@yahoo.com
561-714-7977

**C.C.**

**Honorable Stephanie Tew**
County Civil  RJ 6J
Phone:(561) 355-7845
Email: CAD-DivisionRJ@pbcgov.org
Room number: 6.2208
Courthouse: Judge Daniel T. K. Hurley Courthouse

**Honorable Robert Panse**
County Criminal E 9H
(561) 355-6158
Room number: 9.2203
Courthouse: Judge Daniel T. K. Hurley Courthouse