UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80852-CIV-CANNON

**AFFORDABLE AERIAL PHOTOGRAPHY, INC.**,

    Plaintiff,

v.

**STR8 REAL ESTATE COMPANY** and **ANTHONY L. PIZZARELLI**,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTIONS FOR ATTORNEYS' FEES AND BILL OF COSTS

**THIS CAUSE** comes before the Court on Plaintiff's Motions for Attorneys' Fees and Bill of Costs filed on April 24, 2023 [ECF Nos. 26, 27]. Defendants have appealed the Court's Order Granting in Part Plaintiff's Renewed Motion for Default Judgment [ECF No. 28]. To better administer the orderly resolution of this case, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motions for Attorneys' Fees and Costs [ECF Nos. 26, 27] are **DENIED WITHOUT PREJUDICE** to be refiled, if appropriate, within ten days after the mandate issues on Defendants' appeal.

2. The Clerk shall mail a copy of this Order to the below address.

CASE NO. 22-80852-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 11st day of May 2023.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record

Str8 Real Estate Company
C/O Anthony Pizzarelli
2038 S.E. West Dunbrooke Circle
Port Saint Lucie, Florida 34952